> Application to attend church retreat from June 21 - June 23, 2025 is GRANTED.
> SO ORDERED.
> Dated: 6/20/2025
>
> *P. Kevin Castel*
> United States District Judge

*Law Office of*
**SAMUEL GREGORY**
*75 Prospect Park SW,*
*Brooklyn, New York, 11215*
*Telephone: 718-222-2992*
*Email:Sam@samgregory.com*
*www.samgregory.com*

*Admitted in NY and NJ*

June 18, 2025

**VIA ECF**

The Honorable P Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

        **Re**: <u>United States v. Baker Nunez Dominguez</u>
        Docket # 24 Cr 675-PKC-2

Dear Judge Castel,

    Please be advised that Mr. Baker Nunez-Dominguez requests to attend a church retreat. I have included the invitation for the Court's review. Mr. Dominguez's pre-trial officer, Ms. Piperato, does not consent because Mr. Dominguez is on Location Monitoring. After being informed of Pretrial's position, AUSA Meredith Foster takes no position on this application.

    Our position is that Mr. Nunez-Dominguez is, by attending this retreat, enhancing a spiritual commitment which should be encouraged. For that reason, we urge the Court to grant this application.

                                Respectfully submitted,

                    By:    <u>/s/Samuel Gregory//</u>
                                Samuel Gregory, Esq
                                Attorney for defendant
                                75 Prospect Park SW
                                Brooklyn, New York 11215

*Attorney for Baker Nunez Dominguez*

Cc: Meredith Foster for the Government (by ECF)



**CHURCH OF THE INCARNATION**
*1290 Saint Nicholas Avenue*
*New York, N.Y. 10033-7204*
*Phone (212) 927-7474*

June 16, 2025

Dear Federal Probation Officer Luis Baez,

My name is Rafael Aledo. I am a Deacon of the Church of the Incarnation, located at 1290 Saint Nicholas Avenue, New York, NY 10033 in Manhattan. With your permission and the permission of the Court, Mr. Barker Nunez-Dominguez would like to attend a men's three-day spiritual retreat, the Emmaus Retreat. This is a spiritual renewal, and formation experience designed to deepen one's relationship with God and foster Christian life. The retreat will be held by our neighboring parish Saint Elizabeth, and the retreat will take place at the Saint Elizabeth Retreat House, located at 612 West 187th Street, New York, NY 10033. The retreat will be this Friday, 06/21/25, through Sunday, 06/23/25. The retreat will end with the celebration of Holy Mass, from 4- 6 PM, at the Church of the Incarnation.

Mr. Nunez-Dominguez informed me that you are his Pretrial Supervising Officer in the electronic monitoring unit at the US Pretrial Services in the District of New Jersey. I expressed to Mr. Nunez-Dominguez that I am acquainted with this program as I have retired Federal Probation Officer friends who worked at the US District Court - Southern District of New York, 500 Pearl Street, New York, NY 10007, where his case is before the Honorable P. Kevin Castel District Court Judge.

Mr. Nunez-Domiguez is aware if granted permission to attend the retreat, it is a privilege given to him by the Court. Since he is wearing an electronic monitoring device, I earnestly ask him to be granted permission to attend. A religious experience can contribute to changing one's life, which is what the Court wants.

Mr. Nunez-Domiguez will be at his home by 7 PM. Should there be any further questions, feel free to contact me on my cell phone 917 518-8356.

Sincerely I remain,

*Rafael Aledo*
Deacon Rafael Aledo