

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

January 31, 2026

**BY ECF**

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl St.
New York, New York 10007

> Re:    *United States v. Suero Liranzo, et al.*, **24 Cr. 675 (PKC)**

Dear Judge Castel:

The Government, with the consent of counsel for Baker Nunez Dominguez, Angel Reyes Llano, and Camila Peguero Peralta, writes to respectfully request a one-week extension of the deadline for the Government to file requests to charge, voir dire, motions in limine and 404(b) notice.  Trial is scheduled to start on April 20, 2026.

On or about November 25, 2025, the Court ordered the Government to file requests to charge, voir dire, motions in limine and 404(b) notice on February 6, 2026, and defense counsel to file responses on February 20, 2026.  The remaining parties are currently actively engaged in discussions about the potential for a pretrial resolution of this case.  To give the parties additional time to engage in these discussions prior to the filing of the Government's proposed requests to charge, voir dire, motions in limine and 404(b) notice, the Government respectfully requests that the deadline be extended by one week. Under this proposed schedule, the Government's requests to charge, voir dire, motions in limine and 404b notice would be due on February 13, 2026.  The Government has conferred with counsel for Baker Nunez Dominguez, Luis Estevez Herrera, and Angel Reyes Llano, and they consent to this request.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

*Application GRANTED.*
*SO ORDERED*
*USDJ  2-3-26*

By: *Meredith Fost*
Meredith Foster
Assistant United States Attorney
Tel.: (212) 637-2310

cc:    Counsel of Record (via ECF)