**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

February 11, 2026

**BY ECF**

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Nunez Dominguez*, **24 Cr. 675 (PKC)**

Dear Judge Castel:

      The Government and defense counsel for Baker Nunez Dominguez respectfully request that the Court schedule an arraignment on a Superseding Information and change of plea for Mr. Nunez Dominguez in the above case for February 18, 2026 at 11:00 a.m.

Arraignment and plea scheduled for February 18, 2026 at 11:00 a.m. in Courtroom 11D.
SO ORDERED.
Dated: 2/12/2026

P. Kevin Castel
United States District Judge

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: Meredith Fost
    Meredith Foster
    Assistant United States Attorney
    Tel.: (212) 637-2310

cc:    Julian Brod, Esq. (via ECF)