UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------- x
                                                      :
UNITED STATES OF AMERICA
                                                      :        CONSENT ORDER OF
             - v. -                                            RESTITUTION
                                                      :
BAKER NUNEZ DOMINGUEZ,                                          S3 24 Cr. 675 (PKC)
                                                      :
             Defendant.
                                                      :
------------------------------- X

Upon the application of the United States of America, by its attorney, Jay Clayton, United

States Attorney for the Southern District of New York, Meredith C. Foster, Assistant United States

Attorney, of counsel; the presentence investigation report; the defendant's conviction on Count

One of the Superseding Information; and all other proceedings in this case, it is hereby ORDERED

that:

## 1.    **Amount of Restitution**

BAKER NUNEZ DOMINGUEZ, the defendant, shall pay restitution in the total amount

of $1,021,242.58, pursuant to 18 U.S.C. §§ 3663 and 3663A, to the victims of the offense charged

in Count One. The names, addresses, and specific amounts owed to each victim are set forth in

the Schedule of Victims, attached hereto as Schedule A. Upon advice by the United States

Attorney's Office of a change of address of the victims, the Clerk of Court is authorized to send

payments to the new address without further order of this Court.

### A.    **Joint and Several Liability**

Restitution is joint and several with co-defendants Wilmer Suero Liranzo, Luis Estevez

Herrera, Angel Reyes Llano, and Camila Peguero Peralta. The defendant's liability to pay

restitution shall continue unabated until either the defendant has paid the full amount of restitution

ordered herein, or every victim in Schedule A has recovered the total amount of each loss from the restitution paid by the defendant and all co-defendants ordered to pay the same victims.

### B.    Apportionment Among Victims

Pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid. Restitution shall be paid to the victim(s) identified in the Schedule of Victims, attached hereto as Schedule A, on a pro rata basis, whereby each payment shall be distributed proportionally to each victim based upon the amount of loss for each victim, as set forth more fully in Schedule A.

### 2.    Schedule of Payments

Pursuant to 18 U.S.C. § 3664(f)(2), in consideration of the financial resources and other assets of the defendant, including whether any of these assets are jointly controlled; projected earnings and other income of the defendant; and any financial obligations of the defendant; including obligations to dependents, the defendant shall pay restitution in the manner and according to the schedule that follows: In the interest of justice, restitution will be payable in installments pursuant to 18 U.S.C. § 3572(d)(1) and (2). While serving any term of imprisonment, the defendant shall make installment payments toward restitution and may do so through the Bureau of Prisons' (BOP) Inmate Financial Responsibility Plan (IFRP). Any unpaid amount remaining upon release from prison will be paid in monthly installments of at least 15 percent of the defendant's gross income. This schedule is without prejudice to the Government taking enforcement actions, pursuant to 18 U.S.C. § 3613, to the extent warranted.

### 3.    Payment Instructions

The defendant shall make restitution payments by certified check, money order, or online. Instructions for online criminal debt payments are available on the Clerk of Court's website at https://nysd.uscourts.gov/payment-information#PaymentofCriminalDebt. Checks and money

2

orders shall be made payable to the "SDNY Clerk of Court" and mailed or delivered to: United States Courthouse, 500 Pearl Street, New York, New York 10007 - Attention: Cashier, as required by 18 U.S.C. § 3611. The defendant shall write the defendant's name and the docket number of this case on each check or money order.

### 4.    Change in Circumstances

The defendant shall notify, within 30 days, the Clerk of Court, the United States Probation Office (during any period of probation or supervised release), and the United States Attorney's Office, 86 Chambers Street, 3rd Floor, New York, New York 10007 (Attn: Financial Litigation Program) of (1) any change of the defendant's name, residence, or mailing address, or (2) any material change in the defendant's financial resources that affects the defendant's ability to pay restitution in accordance with 18 U.S.C. § 3664(k).

### 5.    Term of Liability

The defendant's liability to pay restitution shall terminate on the date that is the later of 20 years from the entry of judgment or 20 years after the defendant's release from imprisonment, as provided in 18 U.S.C. § 3613(b). Subject to the time limitations in the preceding sentence, in the event of the death of the defendant, the defendant's estate will be held responsible for any unpaid balance of the restitution amount, and any lien filed pursuant to 18 U.S.C. § 3613(c) shall continue until the estate receives a written release of that liability.

AGREED AND CONSENTED TO:

JAY CLAYTON
United States Attorney for the
Southern District of New York

By:    _____        6/25/26
       Meredith C. Foster                      DATE
       26 Federal Plaza, 37th Floor
       New York, New York 10278
       Tel.: (212) 637-2310

3

BAKER NUNEZ DOMINGUEZ

_____
Baker Nunez Dominguez

_____
Julian S. Brod, Esq.
Shapiro Arato Bach LLP
1140 Avenue of the Americas, 17th Floor
New York, NY 10036

SO ORDERED:

_____
HONORABLE P. KEVIN CASTEL
UNITED STATES DISTRICT JUDGE

6/25/26
_____
DATE

6/25/26
_____
DATE

6-25-26
_____
DATE

4