Case 1:24-cr-00675-PKC Document 111-1 Filed 07/17/26 Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

BAKER NUNEZ DOMINGUEZ,

Defendant.

24 Cr. 675 (PKC)

[~~PROPOSED~~] ORDER

IT IS HEREBY ORDERED, upon the application of counsel for defendant Baker Nunez Dominguez, that the United States Pretrial Services Agency release custody of Mr. Nunez Dominguez's passport to Mr. Nunez Dominguez's counsel, Shapiro Arato Bach LLP, upon presentation of a copy of this order by a paralegal employed that that law firm.

SO ORDERED.

Dated: July 21, 2026
New York, New York

P. KEVIN CASTEL
United States District Judge